Appellant, v. JAMES SCARLETT, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTHA EATON, Appellant, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN EATON, Appellant, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CLARENCE WHEELER and Others, Respondents, v. HOLLAND S. DUELL, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied upon the ground that the decision involved an exercise of discretion which is not reviewable by the Court of Appeals. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES FLAHERTY, Appellant, v. EDGAR S. JENNINGS, as Warden of the Auburn State Prison, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JACKSON & PERKINS COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 1094-A.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS M. REED, as Administrator, etc., of DAVID H. REED, Deceased, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, etc. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs by December twentieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CLINTON H. LATHROP, as Trustee of the Estate of ERNEST H. ERZKUS, Bankrupt, and THEODORE KRUG, Respondents, v. ERNEST H. ERZKUS, Individually, and as Administrator, etc., of HENRIETTA D. ERZKUS, Deceased, and ANDREW SPRENGER, Appellants.— Appeal dismissed, unless appellants file and serve printed records and briefs by January first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARINE TRUST COMPANY OF BUFFALO, Appellant, v. MONUMENT THEATRE CORPORATION, Defendant, and PATHE EXCHANGE, INCORPORATED, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of DAVID SCHOENBERG, an Attorney and Counselor at Law.— Issues raised by petition and answer thereto referred to Hon. S. Nelson Sawyer, official referee, to take the proofs thereon and return the same to this court, together with his opinion thereon. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.